1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )    CR No. **07-01037**
                                 )
11                 Plaintiff,    )    I N F O R M A T I O N
                                 )
12            v.                 )    [18 U.S.C. § 1341: Mail
                                 )    Fraud]
13  ROBERT NEMAN,                )
                                 )
14                 Defendant.    )
                                 )
15  _____    )

16       The United States Attorney charges:

17                         [18 U.S.C. § 1341]

18  A.   INTRODUCTION

19       1.   At all times relevant to this information, Hewlett

20  Packard Company ("HP") offered rebates up to $2,500 per unit to

21  end-user purchasers of certain qualifying HP laser printers.  In

22  order to receive the HP rebates, end-user purchasers were

23  required to complete rebate applications, which came in paper

24  and electronic versions, and submit the completed rebate

25  applications, along with proof of purchase, within the deadlines

26  indicated in the applications.  The HP rebate applications and

27  instructions included notice that the rebates were not available

28  to resellers and dealers of HP products.  The HP rebate programs

SAC:sac

1   also limited the number of rebates available to any individual,

2   or corporate, purchaser of qualifying laser printers.  The HP

3   rebate programs were administered by marketing companies located

4   throughout the United States, including Minnesota and Georgia.

5       2.   Defendant ROBERT NEMAN ("defendant NEMAN") and

6   other co-schemers owned and operated The Comp Ltd. LLC, dba LA

7   Computer Center ("LACC"), located in Inglewood, California, and

8   the Computer Superstore, Inc., dba Compu-America (hereinafter

9   "Compu-America"), located, at all relevant times, in Santa

10  Monica, California.  LACC and Compu-America were both in the

11  business of reselling electronics equipment, including laser

12  printers and monitors manufactured by HP.

13  B.   THE FRAUDULENT SCHEME

14      3.   Beginning on a date unknown and continuing to in or

15  about October 2002, in Los Angeles County, within the Central

16  District of California, and elsewhere, defendant NEMAN, together

17  with his co-schemers, knowingly and with the intent to defraud,

18  devised, attempted to devise and participated in a scheme to

19  defraud HP, as to a material matter, and to obtain money from HP

20  by means of materially false and fraudulent pretenses,

21  representations and promises.

22  C.   THE MANNER AND MEANS

23      4.   The fraudulent scheme was carried out by defendant

24  NEMAN and his co-schemers in the following manner:

25          a.   Defendant NEMAN and his co-schemers would

26  obtain and complete rebate applications for HP laser printers

27  that were the subject of rebate offers.  In completing the

28  rebate applications, defendant NEMAN and his co-schemers used

2

the names of businesses as the purported purchasers of the laser printers reflected in the rebate applications.  Some of the business names used by defendant NEMAN and his co-schemers were real businesses, and some were not.  The real business names used by defendant NEMAN and his co-schemers in the fraudulent rebate applications were partnerships owned by defendant NEMAN and his co-schemers, including Bellagio Investments, Long Beach Plaza Apartments, Hudson Park Apartments, Global Trading, Warner Investments and USA Investments.  The primary business of most of these partnerships was real estate.

b.    Defendant NEMAN and his co-schemers would create false sales invoices from LACC and Compu-America, and two entities identified as "Shoppers Network" and "The Computer Store," purporting to document the sale of laser printers and monitors to the businesses identified in the fraudulent rebate applications.

c.    For example, on or before January 21, 2002, defendant NEMAN created, or caused the creation of, an LACC invoice number 158251-IN, dated December 21, 2001, that falsely reflected the sale of eight HP Laserjet printers, model number 8550N, by LACC to "Long Beach Plaza Apts" for a total of $43,291.34.

d.    Defendant NEMAN and his co-schemers would send the false rebate applications and invoices via facsimile and/or first class mail from Los Angeles County, within the Central District of California, to marketing companies in Minnesota and Georgia that administered the rebate programs for HP.

3

e.    In completing the fraudulent rebate applications, defendant NEMAN and his co-schemers did not use their own true names as the representatives of the businesses in whose names the fraudulent rebate applications were submitted to HP. Instead, in order to conceal their own true names and their ineligibility for the rebates due to their ownership of LACC and Compu-America, defendant NEMAN and his co-schemers would use variations of their true names or nicknames in the fraudulent rebate applications, such as the surname "Newman."

f.    In completing the fraudulent rebate applications, defendant NEMAN and his co-schemers also would use the names, nicknames, or variations thereof, of their family members and associates.

g.    For example, on or about January 21, 2002, defendant NEMAN mailed, or caused to be mailed, a completed HP Laserjet rebate claim form to HP "Right Here Right Now" Promotion Headquarters, P.O. Box 1792, Plymouth, Minnesota 55440.  The rebate claim form was completed in the name of "Michael Neman" and "Long Beach Plaza Apts" and requested a rebate of $20,000 for the purported purchase of eight HP Laserjet printers on December 21, 2001, as reflected in the false LACC invoice number 158251-IN included with the rebate claim form.

h.    Defendant NEMAN and his co-schemers would use their own true addresses and telephone numbers in the fraudulent rebate applications, the addresses and telephone numbers of their family members, as well as the addresses of mail box shops at which defendant NEMAN and his co-schemers rented mail boxes.

1          i.   Defendant NEMAN and his co-schemers would

2    communicate with representatives of the marketing companies that

3    administered the rebate programs for HP via telephone and email.

4    Defendant NEMAN and his co-schemers would falsely state to

5    representatives of the marketing companies that the laser

6    printer purchases reflected in the LACC and Compu-America sales

7    invoices included with the fraudulent rebate applications were

8    legitimate retail transactions with customers of LACC and Compu-

9    America.

10          j.   Defendant NEMAN and his co-schemers would

11   receive rebate checks from HP via United States Mail and deposit

12   the rebate checks into bank accounts they controlled.

13          k.   For example, on or before March 29, 2002,

14   defendant NEMAN received a check from HP, number 3525786, via

15   United States mail, at defendant's home in Beverly Hills,

16   California, and addressed to "Michael Newman" "HP Right Here

17   Right Now Rebate."  The check was then deposited into a Wells

18   Fargo bank account in Los Angeles County, California, that was

19   owned and controlled by defendant and a co-schemer.

20   D.   USE OF THE MAIL

21       5.   On or about the date set forth below, in Los Angeles

22   County, within the Central District of California, and

23   elsewhere, defendant NEMAN, for the purpose of executing the

24   above-described scheme to defraud, placed and caused to be

25   placed in an authorized depository for mail matter, to be sent

26   and delivered by the United States Postal Service according to

27   the directions thereon, the following letter and other

28   materials:

5

1  on or about March 25, 2002, a check, number 3525786 in the

2  amount of $30,000, from Hewlett-Packard, Financial Services

3  Center, in Colorado Springs, Colorado, addressed to Long Beach

4  Plaza Apts, HP Right Here Right Now Rebate, c/o Michael Newman,

5  707 N. Roxbury Dr., Beverly Hills, California 90210-3211.

6

7                          GEORGE S. CARDONA
                           United States Attorney
8

9

10  THOMAS P. O'BRIEN
    Assistant United States Attorney
11  Chief, Criminal Division

12
    CHRISTINE C. EWELL
13  Assistant United States Attorney
    Chief, Major Frauds Section
14

15  JILL FEENEY
    Assistant United States Attorney
16  Acting Deputy Chief, Major Frauds
    Section
17

18

19

20

21

22

23

24

25

26

27

28