# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES -- GENERAL

Case No.   **CR-07-1037-R**                                                              Date: NOV. 6, 2007

==================================================================
**PRESENT:   HONORABLE MANUEL L. REAL, JUDGE**

| William Horrell | Sheri Kleeger | Stephen Cazares |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Asst. U.S. Attorney** |

==================================================================
**U.S.A. vs (Dfts listed below)**                    **Attorneys for Defendants**

1)   **ROBERT NEMAN**                                  1)   Donald Re
     X present    X bond                                    X present   X retained

_____

**PROCEEDINGS:   CHANGE OF PLEA**

A waiver of indictment was previously signed and filed.

Defendant moves to change plea to the information.

Defendant is sworn.  The Court questions the defendant regarding the offered plea of Guilty.

Defendant now enters a new and different plea of Guilty to the single-count Information.

The Court finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made.  The plea is accepted and entered.

**THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO JANUARY 22, 2008 AT 1:30 P.M. FOR SENTENCING.**

                                                                                      <u>23 min</u>

MINUTES FORM 6                                              Initials of Deputy Clerk ___WH_____
CRIM -- GEN