DONALD M. RÉ, SBN 49079
A Professional Law Corporation
624 S. Grand Avenue, 22nd Floor
Los Angeles, California  90017
Email: donaldmreplc@yahoo.com

(213) 623-4234

Attorney for Defendant
ROBERT NEMAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>            Plaintiff,                        )<br>                                                        )<br>       v.                                             )<br>                                                        )<br>                                                        )<br>ROBERT NEMAN,                        )<br>                                                        )<br>            Defendant.                     )<br>_____) | CASE NO.  CR 07-1037-R<br><br>[~~PROPOSED~~] ORDER<br>PERMITTING TRAVEL IN<br>CONTINENTAL UNITED STATES |

GOOD CAUSE APPEARING from the unopposed application of the defendant Robert Neman to modify conditions of his bond:

IT IS ORDERED that the conditions of the defendant's bond be modified to permit Robert Neman to travel within the continental United States without prior of approval of the District Court or Pretrial Services and upon the condition that the defendant give three (3) days notice to Pretrial Services of such travel.

DATED:  December 3, 2007

_____
UNITED STATES DISTRICT JUDGE

C:\wp\Neman\Order re Unopposed App to Amend Bond Conditions