UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.   **CR-07-1037-R**                                      Date: APRIL 21, 2008

===============================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | Sheri Kleeger | Stephen Cazares |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================================
U.S.A. vs (Dft listed below)                              Attorneys for Defendants

1)   ROBERT NEMAN                                1)   Donald Re
     X present    X bond                              X present    X retained

PROCEEDINGS:   SENTENCING


**Refer to SEPARATE Judgment and Probation/Commitment Order.**

                                                          10 min
                                                          Deputy Clerk Initials ___WH_____