1
DONALD M. RÉ, SBN 49079
A Professional Law Corporation
624 S. Grand Avenue, 22nd Floor

2
Los Angeles, California  90017
Email: donaldmreplc@yahoo.com

3

4
(213) 623-4234

5
Attorney for Defendant
ROBERT NEMAN

6

7

8
UNITED STATES DISTRICT COURT

9
FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11
UNITED STATES OF AMERICA,          )          CASE NO. CR 07-1037-R
                                   )

12
          Plaintiff,               )          EX PARTE APPLICATION
                                   )          TO PERMIT INTERNATIONAL

13
     v.                            )          TRAVEL; DECLARATION OF
                                   )          DONALD M. RÉ

14                                 )
ROBERT NEMAN,                      )

15                                 )
                                   )

16
          Defendant.               )
_____)

17

18
     COMES NOW the defendant Robert Neman who hereby files this Ex Parte Application

19
seeking orders of the court as follows:

20
     1.  To permit his travel, for the purpose of business, to China for the period between

21
October 15, 2008 through October 20, 2008;

22
     2.  For an order of the court that the defendant be permitted to obtain his passport from

23
the Department of State;

24
     3.  For an order modifying the previously entered order permitting travel within the 50

25
States after notification to the Probation Department (the previous order improperly referred to

26
Pretrial Services).

27
     This motion is made upon the following grounds:

28
C:\wp\Neman\Ex Parte App to Permit International Travel

1         1.  Robert Neman seeks authority to travel between October 15, 2008 and October 20,

2     2008 to the country of China for the purpose of attending the China Canton Fair in support of his

3     construction and computer business.

4         2.  During the time of Pretrial supervision, Mr. Neman's passport was surrendered to

5     Pretrial Services.  Under what is apparently a new procedure, Pretrial Services refused to return

6     that passport to Mr. Neman at the time that his bond was exonerated, but, rather, delivered it to

7     the Department of State.  The Department of State has indicated it will not either return the

8     passport or issue a new passport unless Mr. Neman receives either approval from this court, or

9     from the Probation Department.  The Probation Department has indicated they will not issue

10    such a letter to the Department of State;

11        3.  A previously entered order dated July 11, 2008 permitting Mr. Neman to travel within

12    the 50 states without the need for approval from the Probation Department, but rather by

13    providing notice to the Probation Department 24 hours in advance of such travel, erroneously

14    referred to Pretrial Services rather than the Probation Department.

15        The Assistant United States Attorney responsible for this matter Stephen Cazares (213)

16    894-0707 has indicated he has no objection  to these requests.

17        This application is based upon the records and files and the attachments hereto.

18    DATED: August __12__, 2008                    Respectfully submitted.

19                                                 DONALD M. RÉ
                                                   A Professional Law Corporation

20

21

22    _____
                                                 DONALD M. RÉ
23                                               Attorney for Defendant
                                                 ROBERT NEMAN

24

25

26

27

28    C:\wp\Neman\Ex Parte App to Permit International Travel          2

## DECLARATION OF DONALD M. RÉ

Donald M. Ré deposes and says:

1.  Declarant is an attorney at law licensed to practice before the courts of the State of California, and represents the defendant Robert Neman in this matter.

2.  Mr. Neman was sentenced on April 21, 2008 by this court to a term of probation with various conditions, including 2500 hours community service.  At this point, Mr. Neman has completed 130 hours of community service.  In addition, Mr. Neman was required to pay restitution in the amount of $350,600.00.  That restitution was paid shortly after Mr. Neman entered his plea of guilty.

3.  On or about July 11, 2008 this court entered an order permitting Mr. Neman to travel within the 50 United States without prior approval of the Probation Department, conditioned on the defendant providing the Probation Department with 24 hours notice of his travel.  Unfortunately, the order improperly referred to Pretrial Services rather than the Probation Department;

4.  Mr. Neman has indicated he is desirous of traveling to China to attend the China Canton Fair between October 15, 2008 and October 20, 2008.  The Canton Fair is the "China Import and Export Fair", which is China's largest trade fair involving 50 trading delegations composed of thousands of China's foreign trade and corporations.  Mr. Neman desires to attend this fair to contact suppliers of materials for his construction business, including suppliers of ceramics, cabinets and drywall; and to contact suppliers of computer materials..

5.  Pretrial Services has informed declarant that Mr. Neman's passport was not delivered to Mr. Neman at the time that his bond was exonerated, but rather, under what is apparently a new procedure, was forwarded to the Department of State.  Mr. Neman has attempted to reclaim his passport or obtain the issuance of a new passport, and has been informed by the State Department that, before such a passport can be issued or returned, he needs either authorization from the Probation Department or this court.  The Probation Department has indicated that they

C:\wp\Neman\Ex Parte App to Permit International Travel          3

1  do not undertake such notification.  Mr. Neman therefore needs an order of this court authorizing

2  the Department of State to reissue his passport.

3         I declare under penalty of perjury the foregoing is true and correct.

4         Executed this  12th  day of August, 2008, at Los Angeles, California.

5                                          /s/
                                    DONALD M. RÉ
6                                   Declarant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  C:\wp\Neman\Ex Parte App to Permit International Travel        4