DONALD M. RÉ, SBN 49079
A Professional Law Corporation
624 S. Grand Avenue, 22nd Floor
Los Angeles, California  90017
Email: donaldmreplc@yahoo.com

(213) 623-4234

Attorney for Defendant
ROBERT NEMAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 07-1037-R |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER TO PERMIT INTERNATIONAL TRAVEL |
| v. | ) | |
| ROBERT NEMAN, | ) | |
| Defendant. | ) | |

GOOD CAUSE appearing from the Ex Parte Application of the defendant Robert Neman, now therefore,

IT IS ORDERED:

1. That the defendant shall be permitted to travel to China between the dates of October 15, 2008 and October 20, 2008 to attend the China Canton Fair.  The defendant shall give the Probation Department 24 hours notice prior to his departure, shall provide Probation Department with his itinerary, and shall notify the Probation Department of his return within 48 hours of his return.

2. It is further ordered that the defendant shall be permitted to travel within the 50 United States without prior approval from the Probation Department, upon giving the Probation

C:\wp\Neman\Order to Permit International Travel

Department 24 hours notice of such travel.

3. It is further ordered that the defendant Robert Neman is hereby authorized to obtain a valid United States passport from the Department of State.

DATED:  August 14, 2008

_____
UNITED STATES DISTRICT JUDGE

C:\wp\Neman\Order to Permit International Travel           2