✎PROB 35
(Rev. 5/01)

Report and Order Terminating Probation
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

Central District of California

UNITED STATES OF AMERICA

v.

Robert Neman

Docket No. CR07-01037-R

*[FILED stamp: CLERK, U.S. DISTRICT COURT, JUL - 1 2011, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]*

On April 21, 2008, the above named was placed on probation for a period of 60 months. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

*/s/ Jeanie M. Blodgett*
JEANIE M. BLODGETT
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated __1st__ day of __July__, 20_11_.

United States District Judge
MANUEL L. REAL